73 A.3d 575

Alvin MINOR, Appellant

v.

BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Aug. 20, 2013.

## ORDER

PER CURIAM.

AND NOW, this 20th day of August, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**